# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**



*2:46 pm, 9/22/23*

**Margaret Botkins**
**Clerk of Court**

MERIT ENERGY OPERATIONS I LLC

                      Plaintiff

vs

EASTERN SHOSHONE AND NORTHERN ARAPAHO TRIBES

                      Defendant

Case Number: 23-CV-63-SWS

## JUDGMENT IN A CIVIL ACTION

This matter comes before the Court on Petition to Confirm Arbitration Award. Pursuant to the Order on Motion to Dismiss and Petition to confirm Arbitration Award (ECF No. 32) entered on September 22, 2023, incorporated by reference herein, GRANTING Merit Energy Operations I LLC Petition,

IT IS HEREBY ORDERED AND ADJUDGED that a Judgment be entered on behalf of Merit and the case is closed.

Dated this 22nd day of September, 2023.

                                                      Margaret Botkins
                                                      Clerk of Court

                                                      By Crystal Toner
                                                      Deputy Clerk